THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS GABRIEL, Appellant.

Argued April 18, 1944; decided May 25, 1944.

*Harry Roter* and *Abraham S. Robinson* for appellant.

*Frank S. Hogan, District Attorney (Richard G. Denzer* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.